Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
  1990 N. California Blvd.  Suite 20
  Walnut Creek, CA 94596
  Tel: (925) 222-7071
  Fax: (925) 522-5306
  Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
RENE ALVARADO ASCENCIO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RENE ALVARADO ASCENCIO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:22-cv-01274-MAA<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,800.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: December 13, 2023

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE